**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

Case No. 5:13-CV-227 – D

**AMERICAN FAMILY HOME
INSURANCE COMPANY,**

        **Plaintiff,**

v.

**CHADAYA HICKS, ESTATE OF
BRIANA L. GATHER by and through her
Administratrix, RENATA LEONARD,
BERNADETTE CARTER, as
Administratrix of the ESTATE OF
VICTORIA CARTER,**

        **Defendants.**

**ORDER FOR ENTRY OF
DEFAULT AGAINST
DEFENDANT HICKS**

Considering the foregoing Motion for Entry of Default against Defendant Chadaya Hicks and it appearing that Defendant Chadaya Hicks is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that American Family Home Insurance Company's Motion for Entry of Default be GRANTED and that Defendant Chadaya Hicks is in default for failure to plead or otherwise defend as required by law.

SO ORDERED, this the 19th day of      2013.

_____
**JULIE A. RICHARDS, CLERK**